UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| MARK C. MORELOCK, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No.: | 1:18-CV-76-DCLC-CHS |
| MS. RICHARDSON and MCMINN COUNTY, | ) ) ) ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed herewith, Defendants' motion for summary judgment [Doc. 69] is **GRANTED**, and this pro se prisoner's complaint is **DISMISSED WITH PREJUDICE**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT